IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IRIS RODRIQUEZ, personally and on behalf
of the ESTATE OF CHAD RODRIQUEZ, et al.,

    Plaintiffs,

v.                                               CV No. 19-1040 CG/KRS

NATIONAL AMERICAN INSURANCE
COMPANY, et al.,

    Defendants.

## ORDER DENYING JOINT MOTION FOR A GUARDIAN AD LITEM AS MOOT

**THIS MATTER** is before the Court on the parties' *Joint Motion for Appointment of Guardian Ad Litem* (the "Motion"), (Doc. 12), filed October 13, 2020. The Motion will be **DENIED AS MOOT.**

On November 20, 2019, the Court entered an Order consolidating this case with *National American Insurance Company v. Iris Rodriquez et al.*, 2:19-CV-1020 KG/CG. (Doc. 6). The Order required that all pleadings be filed in the lead case. *Id.* at 2. On October 13, 2020, the parties filed the instant Motion in this case, (Doc. 12), and on November 3, 2020, the parties filed the same motion in the lead case, (Doc. 62 in 2:19-CV-1020 KG/CG). On November 5, 2020, Judge Gonzales granted the motion in the lead case. (Doc. 63 in 2:19-CV-1020 GBW/CG). As such, the instant Motion is moot.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion for Appointment of Guardian Ad Litem*, (Doc. 12), is **DENIED AS MOOT**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE